AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> JOSEPH LAFATA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br><br> Case No. 1:09-CR-10205-GAO-1 <br> USM No. 27411-038 <br><br> Stylianus Sinnis <br> Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  I,II,IV,V  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| I Special Condition #7 | Defendant shall complete a res. substance disorder program | 06/24/2022 |
| II Standard Condiiton #5 | Defendant must live at a place approved by probation officer | 06/23/2022 |
| III Mandatory Condition | Defendant must not commit another federal/state/local crime | 07/10/2022 |
| IV Standard Condition #5 | Defendant must live at a place approved by probation officer | 06/23/2022 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5616

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
no known address

01/26/2023
Date of Imposition of Judgment

_Signature of Judge_

Judge George A. O'Toole, Jr., USDC
Name and Title of Judge

01/26/2023
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

Judgment—Page  2  of  3

DEFENDANT: JOSEPH LAFATA
CASE NUMBER: 1:09-CR-10205-GAO-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| VStandard Condition#5 | Defendant must follow the instructions of the probation officer related to conditons of supervised release | 06/23/2022 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                      Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: JOSEPH LAFATA
CASE NUMBER: 1:09-CR-10205-GAO-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
20 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)   Judgment in a Criminal Case Personal Identification Attachment                                   Not for Public Disclosure

DEFENDANT:     JOSEPH LAFATA

CASE NUMBER:   1:09-CR-10205-GAO-1

DISTRICT:      District of Massachusetts

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:         ███-██-5616

Defendant's Date of Birth:         ██/██/1980

Defendant's Residential Address:   Not known.

Defendant's Mailing Address:
*(if different)*